**Fred William REINEKE,
Petitioner-Appellant,**

v.

**Joan Dorothy REINEKE,
Respondent-Respondent.**

No. 48377.

Missouri Court of Appeals,
Eastern District,
Division One.

Feb. 13, 1985.

Nick A. Zotos, St. Louis, for petitioner-appellant.

Theodore S. Schechter, Clayton, for respondent.

ORDER

PER CURIAM.

Appeal from an order of the trial court on appellant's motion to modify the maintenance provisions of a dissolution decree. A written opinion would have no precedential value. The judgment is affirmed in accordance with Rule 84.16(b).